TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-05-00811-CR


NO. 03-05-00812-CR


NO. 03-05-00813-CR


NO. 03-05-00814-CR

NO. 03-05-00815-CR


NO. 03-05-00816-CR







The State of Texas, Appellant


v.



John Dominick Colyandro, Appellee



&



James Walter Ellis, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331stJUDICIAL DISTRICT

NOS. D-1-DC-05-904150, D-1-DC-05904156, D-1-DC-05-904159,

D-1-DC-05-904151, D-1-DC-05-904157 & D-1-DC-05-904160,

HONORABLE WAYNE PATRICK PRIEST, JUDGE PRESIDING




O R D E R



PER CURIAM


 In light of the district court's decision to defer further action pending the resolution
of the State's appeal, the State has filed a motion to dismiss its motion to stay further proceedings
in the trial court. The State of Texas has filed a motion to dismiss its motion to stay further
proceedings in the trial court. We grant the State's motion to dismiss, and the motion to stay further
proceedings is dismissed.


Before Justices B. A. Smith, Patterson and Puryear

Filed: December 22, 2005

Do Not Publish